Case 2:23-cv-00043-JRS-MKK   Document 1   Filed 01/30/23   Page 1 of 2 PageID #: 1

FILED
01/30/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Charles Kieffe sr
vs
FCI-Terre HAUTE

Requsting a lawyer and

My Complient on Prison Staff

2:23-cv-00043-JRS-MKK

I am A Native American who is being held At Terre haute FCI I am Requsting a lawyer in this Matter I have no money to get one Reason for a lawyer is: On January 11 2023 I had gotten a Covide shot At 9:00 AM around 11:30 AM I had trouble Breathing I came out my cell- 31 in J-unit to Co Clark for help when I got to him he said What Are you doing you stupid Mother fucker so I went for the door to go to the Co's in the hallway But Co Clark ran from the hot water machine to the door and block it I manage to get the door open and fell in the hallway were 5 to 20 Staff or Co's Jump on me and started kneeing and hitting me they beat me so where my two front teeth bit threw my lip my ribs and hip bones hurt when I came too the Co's were Pick me up and Putting on the strecher took me to medical where the nurce Pull my lip off my teeth and took my blood And tested it for drugs cause they thought I was

high on drugs I told staff I was trying to get help I dont do drugs my Blood will show I was sober from medical I went and got chain to the concrete bed later on that night I woke up to my pants down to my knees to a Lt woman standing over me the next day when staff was taken cuffs off Lt Martin said he was going to go find my mom and sister and rape them I got this treatment for asking for help from staff and I might get more time adding my sentence I was sentence to a 120 Mon and I am half done with it I Aint trying to get more time I was not sentence to get Beat half to death By Prison staff.

Charles Kieffe sr
08361-07×