UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CHARLES KIEFFE SR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00043-JRS-MKK |
| | ) | |
| FCI TERRE HAUTE, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>FINAL JUDGMENT</u>**

The Court, having this day made its Order directing the entry of final judgment, now enters

FINAL JUDGMENT. The action is **dismissed without prejudice** for failure to prosecute.

Date: 5/31/2023

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_

Deputy Clerk, U.S. District Court

Distribution:

CHARLES KIEFFE SR
08391073
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808